# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 28, 2022

Mr. Gregory E. Crouch
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

Mr. Darius Theriot
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Re:  Case No. 21-2596, *Darius Theriot v. Duncan MacLaren, et al*
Originating Case No. : 2:18-cv-00102

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc:  Mr. Thomas Dorwin

Enclosure

No. 21-2596

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 28, 2022
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| DARIUS THERIOT, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| DUNCAN MACLAREN, Former Warden, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| RUSSELL DEFREITAS, Registered Nurse, et al., ) | |
| ) | |
| Defendants-Appellees. ) | |

Before: GUY, SUHRHEINRICH, and MOORE Circuit Judges.

Darius Theriot, a Michigan prisoner proceeding pro se, petitions the court to rehear its March 16, 2022, order that affirmed a district court judgment dismissing his civil rights complaint filed under 42 U.S.C. § 1983.

Theriot's motion does not show that the court overlooked or misapprehended any point of law or fact when it issued its order. *See* Fed. R. App. P. 40(a)(2). The petition for rehearing is **DENIED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk