## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 06, 2022

Mr. Thomas Dorwin
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

              Re:  Case No. 21-2596, *Darius Theriot v. Duncan MacLaren, et al*
                    Originating Case No. : 2:18-cv-00102

Dear Mr. Dorwin,

  Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Divya Kumar
                                      For Gretchen Abruzzo, Case Manager

cc:  Mr. Gregory E. Crouch
      Mr. Darius Theriot

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-2596

_____

Filed: July 06, 2022

DARIUS THERIOT

      Plaintiff - Appellant

v.

DUNCAN MACLAREN, Former Warden; UNKNOWN LIEUTENANT; UNKNOWN CAPTAIN; UNKNOWN DOCTOR

      Defendants

RUSSELL DEFREITAS, Registered Nurse; UNKNOWN CORRECTIONAL OFFICER; WAYNE MCGUIRE, Correctional Officer; MIKE LAWSON, Correctional Officer; DALE BEAULIEU, Sergeant

      Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 03/16/2022 the mandate for this case hereby issues today.

COSTS:  None